# CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 MAR -4  P 3: 14

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

CCB 11 CV 0606

FOR THE **Maryland** DISTRICT OF **Maryland**
(Name of District)     (State In Which Court Is Located)

**Broderick V. Jalloh**
(Your Name)

)  Miscellaneous No.
)  (Will be filled in by
)  Court Clerk)
)
)  Movant
)
)  MOTION FOR ORDER PURSUANT
)  V.   TO CUSTOMER CHALLENGE
)  PROVISIONS OF THE RIGHT TO
)  Department of Defense   FINANCIAL PRIVACY ACT
)  OF 1978.
)  Respondent

**Broderick V. Jalloh** hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking, access is the Department of Defense.

My financial records are held by _____**Wells Fargo**_____.
(Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_B__ V. Qoll_
(Your Signature)

**216 W. Madison Street**
(Your Address)

**303. 921. 6509**
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

UID No. 2011082

## CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to

MARYLAND DISTRICT COURT on MARCH 4, 2011.
(name of the office listed in item 2 of customer notice)　　(month, day)　(year)

_____
(your signature)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

UID No. 2011082