

**DEPARTMENT OF THE AIR FORCE**
AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS

# NOTICE TO CUSTOMER

SSgt Broderick V. Johnson
4012 91st Avenue
Springdale, MD 20774

Dear SSgt Johnson:

Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the Office of the Inspector General, Department of Defense, in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. Section 3401-3422, for the following purpose(s):

> To refute or support allegations that during the approximate period of February 2010 through September 2010, you fraudulently claimed and received housing allowance and per diem payments, to which you were not entitled, in violation of Uniform Code of Military Justice (UCMJ) Article 132, Frauds against the United States.

If you desire that such records or information not be made available, you must:

> (1) Fill out the accompanying motion paper and sworn statement (as indicated by the instructions beneath each blank space) or write one of your own, stating that you are the customer whose records are being requested by the Government, and either giving the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

> (2) File the motion and sworn statement by mailing or delivering them to the Clerk of any one of the following United States District Courts:

> > Virginia Eastern District Court
> > Albert V. Bryan United States Courthouse, 2nd Floor
> > 401 Courthouse Square
> > Alexandria, VA 22314
> > (703) 299-2100

> > Maryland District Court
> > Edward A. Garmatz Federal Building and U.S. Courthouse
> > 101 West Lombardy Street, Room 4415
> > Baltimore, MD 21201
> > (410) 962-2600

UID No. 2011082              "Eyes of the Eagle"