IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRODERICK V. JALLON          :
                             :
v.                           :    CIVIL NO. CCB-11-606
                             :
DEPARTMENT OF DEFENSE        :

...o0o...

## ORDER

The motion to quash subpoena filed by Broderick V. Jalloh[1] has been reviewed, together with the government's response moving to dismiss Jalloh's motion. Jalloh has failed to respond to the government's motion and, apparently, has moved without advising the court of his new address. Because the government's legal position appears correct, *see Doyle v. U.S. Postal Service*, 771 F. Supp. 138 (E.D. Va. 1991), the motion is **Granted** and Jalloh's motion to quash is **Denied** and **Dismissed**. The Clerk shall **Close** this case and shall send a copy of this Order to counsel and to Jalloh at his last known address.

**SO ORDERED** this 20th day of May, 2011.

/s/
Catherine C. Blake
United States District Judge

---

[1] It appears that Jalloh rather than Jallon is the correct spelling of the movant's name.